Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Attorneys for Defendant
DEADLY DOLL. INC..

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILA,<br><br>      Plaintiff,<br><br>    v.<br><br>DEADLY DOLL, INC.,<br><br>      Defendant.<br>_____<br><br>DEADLY DOLL, INC.<br><br>      Counterclaim Plaintiff,<br><br>    v.<br><br>CARLOS VILA,<br><br>      Counterclaim Defendant.<br>_____ | Case No. 2:21-cv-05837-ODW-MRW<br><br>**COUNTERCLAIM OF DEFENDANT DEADLY DOLL, INC. FOR:**<br><br>**(1) DECLARATORY RELIEF RE COPYRIGHT OWNERSHIP; AND**<br><br>**(2) COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>(The Hon. Otis D. Wright, II)<br><br>Complaint filed July 20, 2021 |

    Defendant and Counterclaim Plaintiff Deadly Doll, Inc. ("DD") alleges as follows against Plaintiff and Counterclaim Defendant Carlos Vila ("Vila"), without waiving the defenses set forth in its answer.

## SUMMARY OF COUNTERCLAIM

1. Vila took a photograph of a "Pin-up" girl image in which DD owns the copyright that was on clothing DD created without DD's permission, and sues DD for infringing his alleged "copyright" in that unauthorized derivative photograph. DD counterclaims against Vila for 1) declaratory relief that Vila's alleged copyright in his unauthorized derivative work is invalid, and 2) copyright infringement for reproducing and creating an unauthorized derivative work that used DD's underlying "Pin-up" girl image without DD's permission.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this Counterclaim pursuant to 28 USC 1331, 28 U.S.C. 2201, 28 U.S.C. 1338(a) and 28 U.S.C. 1367(a).

3. Venue is proper in this district on this Counterclaim pursuant to 28 U.S.C. §§1400(a) and 1391(b) in that, *inter alia*, the parties may be found in this district and a substantial portion of the events described in this Complaint occurred in this district.

## PARTIES

4. Counterclaimant DD is a California corporation with its principal place of business in the County of Los Angeles, State of California.

5. DD is informed and believes that Counter-Defendant Vila is a citizen of New York who does business in this district. He has submitted himself to the jurisdiction of this Court by, inter alia, filing suit against DD in this action.

## GENERAL ALLEGATIONS

6. DD Is a California company that, inter alia, manufactures and sells cutting edge clothing that is beloved by fashion forward celebrity fans such as Dua Lipa, Bella Hadid and Irina Shayk. Among the recurring motifs in DD's clothing is its use of distinctive, original artwork, song lyrics, and other graphics that often are prominently displayed on its clothing.

1

7.      Among the graphic images DD utilizes on its clothing is a cartoon-style image of a "Pin-up" girl holding a skull in her left hand.  The artwork which includes that "Pin-up" girl image was created for DD on or about August 4, 2018, was first published by DD on or about August 6, 2019, and first appeared on DD's clothing during late 2019 as part of DD's 2020 fashion season. That artwork has been registered for copyright by DD with the U.S. Copyright Office, and has been assigned Copyright Registration No. VA0002263282.  DD is the author and owner of that copyright on a "work made for hire" basis.

8.      The "Pin-up" girl image DD has registered for and used and is using on certain items of its clothing is shown below:



9.      DD is informed and believes that on or about February 7, 2020, Vila, without DD's knowledge or consent, took a photograph of Irina Shayk wearing clothing manufactured by DD that prominently displayed DD's copyrighted "Pin-up" girl image as shown below:

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17    10.    DD is further informed and believes that, without DD's knowledge or

18 consent, without disclosing to the U.S. Copyright Office that it was a derivative

19 work that included DD's underlying "Pin-up" girl image, and without disclosing that

20 it was created without DD's permission, Vila applied for and obtained Copyright

21 Registration No. VA 2-201-931 in the above unauthorized derivative image, and

22 claims a copyright in it.

23    11.    DD is further informed and believes that Vila, who claims to be a

24 professional photographer, has included the above-described unauthorized

25 derivative image in his portfolio of images he offers to online and print publications,

26 and that he has licensed, or has attempted to license, that unauthorized derivative

27 image to online and print publications.

28

3

COUNTERCLAIM OF DEFENDANT DEADLY DOLL, INC. FOR: (1) DECLARATORY RELIEF RE
COPYRIGHT OWNERSHIP; AND (2) COPYRIGHT INFRINGEMENT

1    <u>**FIRST CLAIM FOR DECLARATORY RELIEF**</u>

2        12.    DD realleges and incorporates by reference all of the preceding

3    paragraphs.

4        13.    An actual and justiciable controversy has arisen and now exists

5    between Vila and DD concerning their respective rights to the copyright in the work

6    Vila alleges DD has infringed in the complaint he filed in this action.  Vila contends,

7    inter alia, that (a) he owns a valid copyright in that work; (b) DD has infringed is

8    allegedly valid copyright in that work; and (c) DD is liable to Vila for its alleged

9    infringement of that copyright. DD contends that, inter alia, (a) DD owns a valid

10   copyright in an underlying work that prominently displays and depicts a "Pin-Up"

11   girl image that DD prominently displays on clothing it manufactures; (b) the work

12   that Vila alleges DD infringed is an unauthorized derivative work that depicts DD's

13   "Pin-Up" girl image without permission and which therefore does not qualify for

14   copyright protection; (c) DD is not liable to Vila for copyright infringement because

15   the copyright he claims in Vila's work is invalid; (d) Vila has infringed DD's

16   copyright in its underlying work that prominently  displays the "Pin-Up" girl image

17   Vila copied without permission in his work; and (e) Vila is liable to DD for damages

18   and other relief as a result of his copyright infringement.

19       14.    A judicial declaration of the parties' respective rights and obligations

20   with regard to the foregoing disputed matters is necessary and appropriate.

21   <u>**SECOND CLAIM FOR COPYRIGHT INFRINGEMENT**</u>

22       15.    DD realleges and incorporates by reference all of the preceding

23   paragraphs.

24       16.    DD owns a valid U.S. Copyright in its "Pin-Up" girl image and has

25   obtained a copyright registration in a work that prominently features that image as

26   described in paragraphs 7 and 8 above.

27       17.    By taking a photograph of Irina Shayk wearing DD's clothing that

28   prominently displays and depicts  DD's copyrighted "Pin-Up" girl image as

4

described above, posting copies of that unauthorized derivative work in his portfolio, and purporting to "license" that unauthorized derivative work it to third parties, Vila has reproduced, publicly displayed, distributed, licensed or purported to license, and created unauthorized derivatives of DD's copyrighted work in violation of DD's exclusive rights as set forth in 17 U.S.C § 106 *et seq.*

18.    As a proximate result of Vila's copyright infringement, DD has suffered damages in an amount not yet presently known with certainty, but which will be proved at trial, Further, DD is suffering irreparable harm because of Vila's infringing activity.

19.    DD is entitled to the range of relief provided by 17 U.S.C. § 502-505, including injunctive relief and compensatory damages in an amount to be determined at trial

## **PRAYER FOR RELIEF**

Wherefore, DD prays for relief as follows:

1.    For a declaration that Vila's alleged copyright in Copyright Registration No. VA 2-201-931 is invalid;

2.    For a preliminary and permanent injunction prohibiting Vila or anyone acting on Brown's behalf from reproducing, distributing, releasing, or otherwise infringing DD's copyright in its work, Copyright Registration No. VA0002263282:

3.    For compensatory and general damages in an amount to be proved at trial;

4.    For prejudgment interest on any recovery by DD;

5.    For costs of suit incurred herein, including reasonable attorneys' fees and expenses; and

6.    For such other and further legal or equitable relief as the Court deems just and proper.

COUNTERCLAIM OF DEFENDANT DEADLY DOLL, INC. FOR: (1) DECLARATORY RELIEF RE
COPYRIGHT OWNERSHIP; AND (2) COPYRIGHT INFRINGEMENT

1
2   Dated:  September 3, 2021                    RIMON, P.C.

3                                         By: /s/ Mark S. Lee
4                                             Mark S. Lee

5                                             Attorneys for Defendant and
6                                             Counterclaimant
                                              DEADLY DOLL, INC.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNTERCLAIM OF DEFENDANT DEADLY DOLL, INC. FOR: (1) DECLARATORY RELIEF RE
COPYRIGHT OWNERSHIP; AND (2) COPYRIGHT INFRINGEMENT

## **DEMAND FOR JURY TRIAL**

InterFocus demands a jury trial on all claims and defenses triable to a jury.

Dated:  September 3, 2021                         RIMON, P.C.

By: /s/ Mark S. Lee
_____
Mark S. Lee

Attorneys for Defendant and
Counterclaimant
DEADLY DOLL, INC.

7