Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Attorneys for Defendant
DEADLY DOLL. INC..

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEADLY DOLL, INC.,<br><br>　　　　Defendant. | Case No. 2:21-CV-05837-ODW-MRW<br><br>**REQUEST TO TAKE JUDICIAL NOTICE BY DEFENDANT AND COUNTERCLAIMANT DEADLY DOLL, INC.**<br><br>Date:　　　　April 11, 2022<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5D<br><br>(The Hon. Otis D. Wright, II)<br>Complaint filed July 20, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant and Counterclaimant Deadly Doll, Inc. hereby ask the Court to take judicial notice of the Copyright Offices' issuance of a supplemental registration for Copyright Registration Number VA0002263282, which is a subject of a Motion for Judgment on the Pleadings previously set for hearing on April 11, 2022 and presently under submission to this Court.  A true and correct copy of the entry for the Copyright Office's issuance of that Supplemental Registration from the Copyright Offices database is attached as Exhibit 1 to this notice, and it may be viewed on the Copyright Office's database at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&Search%5FArg=Slimy%20Skele&Search%5FCode=TALL&CNT=25&PID=5Yzk2R9NDCFRWFC1bO0vJAxnu3F4&SEQ=20220417220521&SID=2.

Dated:  April 19, 2022

Respectfully Submitted,
RIMON, P.C.

By: /s/ Mark S. Lee
Mark S. Lee
Attorneys for Defendant
DEADLY DOLL, INC.

# EXHIBIT 1



Database Name: Copyright Catalog (1978 to present)
: Simple Search = Slimy Skele
:

[previous] [next]

[Labeled View]

*Slimy Skele.*

|  |  |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | VA0002295379 / 2021-08-26 |
|  | Supplement to: VA0002263282 / 2021 |
| **Application Title:** | Slimy Skele. |
| **Title:** | Slimy Skele. |
| **Copyright Claimant:** | Deadly Doll, Inc. Address: 9100 Wilshire Blvd., Ste. 1000, Beverly Hills, CA, 90212, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2019-08-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Deadly Doll, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Supplement to Registration:** | VA0002263282, 2021. |
| **Corrections Explained:** | Correction to 1. Year of Completion, and 2. Date of 1st Publication; deletion of erroneous birth date for Author, which is a business entity. |
| **Rights and Permissions:** | Ray Garcia, RIMON, P.C., 420 WEST MAIN STREET, SUITE 101B, Boise, ID, 83702, United States, (917) 979-5578, ray.garcia@rimonlaw.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Deadly Doll, Inc. |

[previous] [next]

| Record Options |
|---|
| Select Download Format: ▼ [Format for Print/Save] |
| Enter your email address: [          ] [Email] |
| Save results for later: [Save To Bookbag] |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page