RIMON, P.C.
Mark Lee (SBN 94103)
mark.lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213.375.3811
Facsimile: 213.375.3811

Attorneys for Defendant and
Counterclaim Plaintiff Deadly Doll, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARLOS VILA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEADLY, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-05837-ODW-MRW<br><br>**DECLARATION OF MARK S. LEE IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF DEADLY DOLL, INC.'S OPPOSITION TO CARLOS VILA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　November 28, 2022<br>Time:　　　1:30 p.m.<br>Courtroom:　5D<br><br>The Hon. Hon. Otis D. Wright, II |
| DEADLY DOLL, INC.,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>CARLOS VILA,<br><br>　　　　Counterclaim Defendant. | |

---

DECL. OF MARK S. LEE ISO DEFENDANT AND COUNTERCLAIM PLAINTIFF DEADLY DOLL, INC.'S OPPOSITION TO CARLOS VILA'S MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF MARK S. LEE

I, Mark S. Lee, declare:

1. I am a lawyer admitted to practice before this Court, and am a partner at Rimon, P.C., counsel of record for Deadly Doll, Inc. ("DD") in this matter. I have personal knowledge of the following facts, except where otherwise indicated, based on my personal participation in the matters described, and if called upon as a witness, I could and would competently testify thereto.

2. At the commencement of this action, the parties disclosed certain information to each other as required by Fed. R. Civ. Proc. 26. Plaintiff did not disclose any licensees of the photograph which he claimed DD infringed in that disclosure, nor did he describe what kind of uses were made by any licensee in his initial disclosure.

3. DD served discovery on Plaintiff in this action, including requests for admissions, requests for production of documents, and interrogatories. DD's discovery sought information and documents relevant to the claims made in Plaintiff's complaint, DD's answer and counterclaims, and Plaintiff's answer to DD's counterclaims. DD did not seek documents or information regarding a possible defense pursuant to 17 U.S.C. §113, because Plaintiff did not assert a defense based on that statute in its answer to DD's counterclaims or in any other pleading or motion before the close of discovery herein. If Plaintiff had given us notice that it was going to assert a defense pursuant to 17 U.S.C. §113 during the discovery period, DD would have conducted discovery on the factual issues raised by that defense.

4. DD asked Plaintiff to identify licensees in discovery for other reasons, but Plaintiff did not identify any licensees of the photograph which he claimed DD infringed in those discovery responses, nor did he describe what kind of uses were made by any licensee in those discovery responses. Instead, he objected to identifying licensees. Attached as Exhibit 2 is the face page of the interrogatories

DD served on Plaintiff, and Plaintiff's response to DD's Interrogatory No. 2, which asks for licensee information.

5. In reviewing Plaintiff's present motion, I noted that Mr. Vila submitted a declaration that, for the first time, identified one licensee, the Daily Mail, a well-known British tabloid newspaper. See Dkt. No 46-3 at ¶16. The Daily Mail's content can be viewed online at https://www.dailymail.co.uk/ushome/index.html.

6. Mr. Vila's declaration also mentions "other" licensees he did not identify. Dkt. No 46-3 at ¶16. I saw no references to the types of uses made by those "other" licensees in his declaration or elsewhere in his moving papers.

7. Westlaw is an online research service and database that lawyers and others can use to search, among other things, filings of legal actions in federal court. In preparation for this declaration, I searched the Westlaw database for copyright infringement actions filed by Carlos Vila, and printed out the list that resulted from that search. That search revealed that Mr. Vila has filed about 21 copyright actions, including this one. A true and correct copy of that list is attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed November 7, 2022, at Los Angeles, California.

/s/ Mark S. Lee
Mark S. Lee